Jerry MONTOYA, Petitioner/Cross–Respondent,

v.

The PEOPLE of the State of Colorado, Respondent/Cross–Petitioner.

No. 89SC257.

Supreme Court of Colorado, En Banc.

Oct. 16, 1989.

Justice ROVIRA would grant on the following issue:

Whether the court of appeals erred in overturning defendant's conviction on the grounds that the jury had access to an

unsworn videotaped statement of a witness during deliberations.

LOHR, J., does not participate.